```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      HARRISON DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

    V.                Criminal No. 11-30002-002

MICHAEL PIERCE                                          DEFENDANT

### ORDER

     Comes on for consideration defendant's **Motion For Downward Departure And For Continuance Of Sentencing If Hearing Necessary** (Doc# 86) -- together with the **Response Of United States To Defendant's Motion For Downward Departure And For A Continuance** (Doc. # 88)-- and the Court, being well and sufficiently advised, finds and orders as follows:

     1. Defendant's motion addresses his objections and challenges to the calculations and conclusions contained in the Presentence Investigation Report provided to the Court by the U.S. Probation Office and he seeks a hearing with respect to them. Moreover, he says, if he is to be given such a hearing, he seeks to have his sentencing continued.

     2. The government responds that there is no reason for a continuance of the sentencing which is already scheduled.

     3. It will, of course, be necessary for the Court to conduct a hearing in order to resolve the objections and challenges made to the Presentence Investigation Report. However the Court perceives no reason why the hearing concerning these

matters should require a continuance of the scheduled sentencing date and believes they can be taken up and properly addressed by the Court on that date -- which is the Court's usual practice with respect to such matters.

4. Accordingly, to the extent Defendant's motion seeks a hearing on his objections and challenges, it will be **granted** and that hearing will be conducted on the regularly scheduled sentencing date of August 30, 2011.  To the extent the motion seeks a continuance of the sentencing hearing, it will be **denied.**

**IT IS SO ORDERED this 26th day of August, 2011.**

>  **/S/ Jimm Larry Hendren**
>  **JIMM LARRY HENDREN**
>  **CHIEF U.S. DISTRICT JUDGE**