```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

           v.          Civil No. 11-30002-002

MICHAEL PIERCE                                              DEFENDANT


### O R D E R

NOW on this 30th day of April 2013, the above referenced matter comes on for the Court's consideration the motion filed by the defendant, entitled **Petition for Release from Probation** (Document #96) and the government's response thereto. The Court, being well and sufficiently advised, finds and orders as follows:

1.  On September 1, 2011, this Court entered Judgment against the defendant, Michael Pierce, finding him guilty on the following charges:

    * Count 1, conspiracy to possess unregistered firearms;

    * Count 2, making a false, fictitious or fraudulent material statement;

    * Count 3, making a false, fictitious or fraudulent material statement; and,

    * Counts 4-10 and 13, possession of an unregistered firearm.

2.  With respect to each charge, Pierce was sentenced to 3 years of supervised release, to run concurrently. Pierce was also ordered to pay $1,100.00 in special assessments and $5,000.00 in fines.

3.  In the instant motion, Pierce states that he has paid all fines and special assessments; and, has now served over two years on

supervised release.  Pierce seeks early termination of his supervised release, arguing:

* he has complied with all rules required of supervised release;

* he has attended all meetings with his supervising officers;

* he has complied with all requests and directives of the supervising officers;

* he has not been charged with any other violations of the law;

* he still lives in the same residence in Eureka Springs, Arkansas;

* and that he remains happily married and socially active in Eureka Springs, Arkansas.

4.   Pierce further argues that he is seventy-three (73) years old and has lived an exemplary life, other than the instant conviction.

5.   The government has responded and objects to Pierce's request for early termination of supervised release.  The government states that complying with the terms of his probation and doing what is required is not a sufficient reason for early termination.  The government further argues that being on probation is not causing a hardship or onerous burden on Pierce.

6.   Under 18 U.S.C. § 3583(e)(1), this Court may terminate supervised release "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The Court must consider factors set forth in 18 U.S.C. § 3553, such as the nature and circumstances of the offense, the history and characteristics of the defendant, the need to provide adequate deterrence to criminal conduct, and the need to provide the defendant

with correctional treatment in the most efficient manner.

    7.   Considering these factors, the Court finds that the instant motion should be, and hereby is, **denied**.

    **IT IS SO ORDERED**.

    /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE